Dismissed and Opinion filed April 10, 2003









Dismissed and Opinion filed April 10, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00343-CV

____________

 

TED DAHL, Appellant

 

V.

 

CITY OF HOUSTON, Appellee

 



 

On Appeal from the 334th District Court

Harris
County, Texas

Trial Court Cause No. 02-31750

 



 

M
E M O R A N D U M   O P I N I O N

This is an accelerated appeal from a temporary injunction
signed March 14, 2003.  On  April 1, 2003,
appellant filed a motion to dismiss the appeal. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed April 10, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.